IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:11-CV-113-D

| | | |
|---|---|---|
| CHARLES A. RIPPY, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| 1,000 ACRES OF LAND, HICKORY, NC, | ) | |
| | ) | |
| Defendant. | ) | |

This is a frivolous action that prisoner Charles A. Rippy, Jr. purports to file on behalf of the United States. Rippy cannot assert the power of eminent domain. The action is DISMISSED as frivolous. The pending motions [D.E. 4, 5] are DENIED.

SO ORDERED. This 20 day of January 2012.

JAMES C. DEVER III
Chief United States District Judge